# EXHIBIT H

**DIROS Trident RF Insulated Cannula (Model DTRH) in view of U.S. Patent No. 10,736,688**

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT

| U.S. Patent No. 10,736,688 | Trident Hybrid RF Insulated Cannula, Model DTRH | |
|---|---|---|
| 1. A system comprising: | To the extent the preamble is limiting, the Trident Hybrid RF Insulated Cannula, Model DTRH ("DTRH") is pictured and is part of a system. | |
| an RF probe; and | As described in the Diros Instructions For Use ("IFU") of the DTRH, which users are expected to follow when using the DTRH, the DTRH "has an RF Probe/Temperature Sensor permanently installed inside it." (**Exhibit J** (*Instructions For Use OWL Sterile Single Use Trident™ Hybrid RF Insulated Cannula, Model DTRH*, Diros Document 175 at p. 4 (2023)). The RF probe [1] is shown inside the lumen. | |

**DIROS Trident RF Insulated Cannula (Model DTRH) in view of U.S. Patent No. 10,736,688**

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT

| U.S. Patent No. 10,736,688 | Trident Hybrid RF Insulated Cannula, Model DTRH | |
|---|---|---|
| a needle for insertion into a patient during an RF ablation procedure, the needle comprising: | The DTRH device has a needle [2] with the tip at the distal end configured for insertion into a patient.<br><br>As described in the DTRH IFU, the DTRH "may be used . . . for radiofrequency lesioning," which is an RF ablation procedure. (**Exhibit J** at p. 2). | |

4921-4931-8948

**DIROS Trident RF Insulated Cannula (Model DTRH) in view of U.S. Patent No. 10,736,688**

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT

| U.S. Patent No. 10,736,688 | Trident Hybrid RF Insulated Cannula, Model DTRH | |
|---|---|---|
| a hub; | The DTRH device's needle has a hub portion [3], which constitutes a hub. | |
| an elongate member fixed to the hub, the elongate member comprising a lumen at an interior thereof; | As shown, the DTRH device's needle has an elongate member [4], which is fixed to the hub [3] and has an interior lumen [5]. | |

4921-4931-8948

**DIROS Trident RF Insulated Cannula (Model DTRH) in view of U.S. Patent No. 10,736,688**

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT

| U.S. Patent No. 10,736,688 | Trident Hybrid RF Insulated Cannula, Model DTRH |
|---|---|
| | *The second image above showing the interior lumen [5] of the needle depicts the related DTR device. Upon information and belief, the needle of the DTR device is substantively the same as the needle of DTRH and thus the same features are present in the needle of the DTRH.* |

-4-

**DIROS Trident RF Insulated Cannula (Model DTRH) in view of U.S. Patent No. 10,736,688**

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT

| U.S. Patent No. 10,736,688 | Trident Hybrid RF Insulated Cannula, Model DTRH | |
|---|---|---|
| a tip fixed to the elongate member at a distal end of the needle, wherein the tip is shaped to pierce tissue of the patient; | As shown, the DTRH device's needle has a tip [6], which is fixed to the elongate member [4] at the distal end [7] of the DTRH device's needle. The tip [6] is sharp and beveled and thus would be understood to be shaped for the purpose of piercing the tissue of a patient. | |
| | | *The image above depicts the related DTR device. Upon information and belief, the needle of the DTR device is substantively the same as the needle of DTRH and thus the same features are present in the needle of the DTRH.* |

-5-

**DIROS Trident RF Insulated Cannula (Model DTRH) in view of U.S. Patent No. 10,736,688**

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT

| U.S. Patent No. 10,736,688 | Trident Hybrid RF Insulated Cannula, Model DTRH | |
|---|---|---|
| a plurality of filaments; | As shown, the DTRH device's needle comprises a plurality of filaments [8a-c]. | |
| | | *The image above depicts the related DTR device. Upon information and belief, the needle of the DTR device is substantively the same as the needle of DTRH and thus the same features are present in the needle of the DTRH.* |

-6-

**DIROS Trident RF Insulated Cannula (Model DTRH) in view of U.S. Patent No. 10,736,688**

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT

| U.S. Patent No. 10,736,688 | Trident Hybrid RF Insulated Cannula, Model DTRH | |
|---|---|---|
| an actuator interconnected to the plurality of filaments, wherein movement of the actuator in a first direction relative to the hub moves the plurality of filaments relative to the tip to a deployed position distally beyond the tip, and wherein movement of the actuator in a second direction relative to the hub retracts the plurality of filaments to a retracted position in which the plurality of filaments are disposed within at least a portion of the elongate member; and | The DTRH device's needle has an actuator portion [9] as shown in the first image at right in which the DTRH device is in the retracted position, i.e., with the filaments. disposed within at least a portion of the elongate member [4]. The actuator portion [9] is interconnected to the plurality of filaments [8a-c] such that rotating the actuator portion [9] in a first direction or a second direction relative to the hub portion [3] imparts movement of the plurality of filaments [8a-c] between the deployed position and the retracted position, respectively. As shown in the second image at right, the plurality of filaments [8a-c] extend distally beyond the tip [6] in the deployed position.<br><br>As described in the DTRH IFU, the "[c]annula handle is equipped with a mechanism that allows deployment and retraction of 3 tines [i.e., filaments]." (**Exhibit J** at p. 1; see also *id.* at p. 5 (further describing deployment and retraction of filaments)). |  |

4921-4931-8948

**DIROS Trident RF Insulated Cannula (Model DTRH) in view of U.S. Patent No. 10,736,688**

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT

| U.S. Patent No. 10,736,688 | | Trident Hybrid RF Insulated Cannula, Model DTRH |
|---|---|---|
| | | *(image showing needle tip labeled 8a, 8b, 6, 8c)* |
| | | *The second image above showing the tip [6] and filaments [8a-c] of the needle depicts the related DTR device. Upon information and belief, the needle of the DTR device is substantively the same as the needle of DTRH and thus the same features are present in the needle of the DTRH.* |
| a fitting in fluid communication with the lumen, the fitting being configured to provide a connection for injection of fluid through the fitting and through the lumen, the fitting further being configured to allow for insertion of the RF probe | The DTRH device's needle has a fitting [10], which is in fluid communication with the lumen [5] and is configured to allow for injection of fluid through the lumen [5]. As shown, the RF probe [1] is inserted through the lumen [5], thus demonstrating that the fitting is configured to allow for insertion of the RF probe [1] into the lumen [5] | *(image showing fitting assembly labeled 1, 10, 5)* |

-8-

**DIROS Trident RF Insulated Cannula (Model DTRH) in view of U.S. Patent No. 10,736,688**

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT

| U.S. Patent No. 10,736,688 | Trident Hybrid RF Insulated Cannula, Model DTRH | |
|---|---|---|
| into the lumen through the fitting, | through the fitting [10]. | |
| wherein the lumen at the interior of the elongate member is configured to accept the RF probe therein to physically contact a conductive portion of the needle and thereby electrically connect the RF probe to the tip and the plurality of filaments, such that energy emitted by the RF probe passes through the tip and the plurality of filaments, and | As shown, the lumen [5] at the interior of the DTRH device's elongate member [4] is configured to and does accept the RF probe [1] therein.<br><br>As described in the DTRH IFU, "Current from the RF generator is applied to the patient through the uninsulated portion of the lesion electrode." (**Exhibit J** at p. 3). Thus, it would be understood that physical contact occurs between the uninsulated exterior surface of the RF probe [1] and the uninsulated interior surface of the lumen [5] within the circle [11] of the photo to the right, and that this physical contact thereby electrically connects the RF probe [1] to the tip [6] and the plurality of filaments [8a-c]. | |

-9-

4921-4931-8948

**DIROS Trident RF Insulated Cannula (Model DTRH) in view of U.S. Patent No. 10,736,688**

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT

| U.S. Patent No. 10,736,688 | Trident Hybrid RF Insulated Cannula, Model DTRH |
|---|---|
| | ![image showing cannula with labels 11, 8a, 8b, 6, 8c] <br><br> *\* The first and third images above depict the related DTR device. Upon information and belief, the needle of the DTR device is substantively the same as the needle of DTRH and thus the same features are present in the needle of the DTRH.* |

**DIROS Trident RF Insulated Cannula (Model DTRH) in view of U.S. Patent No. 10,736,688**

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT

| U.S. Patent No. 10,736,688 | Trident Hybrid RF Insulated Cannula, Model DTRH | |
|---|---|---|
| such that the RF probe, the tip, and the plurality of filaments operate together as a single monopolar RF electrode, | As described in the DTRH IFU, the RF generator must be set in the "monopolar mode of operation." (**Exhibit J** at p. 6). Further, the RF probe, the tip, and the plurality of filaments are all electrically connected so they must operate together as a single electrode in a circuit. | ⚠ **WARNINGS AND PRECAUTIONS**<br>Inspect all components for damage prior to each use. If components are damaged in any manner they must not be used. Damaged components must be discarded or returned for evaluation/repair. Damaged components may result in patient or operator injury.<br><br>• Check if device is reading room temperature before placing it into a patient<br>• Do not start treatment without verification of correct placement<br>• Do not start treatment if device doesn't read body temperature and impedance<br>• Do not move device during treatment<br>. . .<br>• Application of RF energy may cause undesirable neuromuscular stimulation.<br>• During power delivery, the patient should not be allowed to come in contact with ground metal surfaces.<br>• <u>Set RF generator in monopolar mode of operation</u>.<br>• Use the correct size return path electrodes to avoid burns at this site. (Refer to information in section Return Path Electrodes)<br>• The interference produced by the operation of RF Generator may adversely influence the operation of other electronic |

**DIROS Trident RF Insulated Cannula (Model DTRH) in view of U.S. Patent No. 10,736,688**

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT

| U.S. Patent No. 10,736,688 | Trident Hybrid RF Insulated Cannula, Model DTRH | |
|---|---|---|
| wherein the conductive portion of the needle is at a distal end of the needle, and | The RF probe, the tip, and the plurality of filaments are all conductive and physical contact between them occurs within the circle [11] of the photo to the right at the distal end [7] of the needle. | *The image above depicts the related DTR device. Upon information and belief, the needle of the DTR device is substantively the same as the needle of DTRH and thus the same features are present in the needle of the DTRH.* |

4921-4931-8948

**DIROS Trident RF Insulated Cannula (Model DTRH) in view of U.S. Patent No. 10,736,688**

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT

| U.S. Patent No. 10,736,688 | Trident Hybrid RF Insulated Cannula, Model DTRH | |
|---|---|---|
| wherein, when the RF probe is fully separated from the needle in a non-inserted state, such that none of the RF probe is within the needle, the plurality of filaments are movable via the actuator from the retracted position, in which the plurality of filaments are disposed within said at least a portion of the elongate member, to the deployed position. | As shown, the actuator portion [9] has been split revealing internal threading such that the groove [12] imparts movement on the plurality of filaments. Rotating the actuator portion [9] imparts movement of the plurality of filaments between the retracted position and the deployed position. Further, the actuator portion [9] has this capability regardless of whether the RF probe [1] is in a non-inserted state, as shown, or whether the RF probe [1] is in an inserted state.<br><br>As described in the DTRH IFU, the "[c]annula handle is equipped with a mechanism that allows deployment and retraction of 3 tines [i.e., filaments]." (**Exhibit J** at p. 1; *see also id.* at p. 5 (further describing deployment and retraction of filaments)). | |

-13-