IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRATUS MEDICAL, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AVANOS MEDICAL, INC., and DIROS TECHNOLOGY, INC.,<br><br>    Defendants. | C.A. No.<br><br>**Jury Trial Demanded** |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Stratus Medical, LLC hereby states as follows:

Stratus Medical, LLC is a wholly owned subsidiary of Neurovasis, Inc., and no other parent corporation or publicly held corporation owns 10% or more of its stock.

OF COUNSEL:

Terrell Miller
FOLEY & LARDNER LLP
1000 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555
Email: tmiller@foley.com

Michael R. Houston
Will Burch
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654
Telephone: (312) 832-4378
Facsimile: (312) 832-4700

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King St.
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff
Stratus Medical, LLC*

1

Email: mhouston@foley.com
Email: will.burch@foley.com

Sarah E. Rieger
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 271-2400
Facsimile: 414-297-4900
Email: srieger@foley.com

Dated:  May 2, 2025