

Christine D. Haynes
302-651-7508
Haynes@rlf.com

May 21, 2025

**VIA CM/ECF E-FILING AND HAND DELIVERY**
Randall C. Lohan
Clerk of the Court
U.S. District Court District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:   *Stratus Medical, LLC v. Avanos Medical, Inc. et al.*
               C.A. No. 25-0546-CFC (D. Del.)

Dear Ms. Lohan:

      Pursuant to FED. R. CIV. P. 4(f)(2)(C)(ii) and 4(h)(2), plaintiff in the above-referenced action respectfully requests that you address and send via Federal Express International Priority Express, a copy of the enclosed (1) Summons, (2) Complaint, (3) Civil Cover Sheet, (4) FED. R. CIV. P. 7.1 Corporate Disclosure Statement, (5) Report on the Filing or Determination of an Action Regarding a Patent or Trademark, and (6) the Notice/Consent of Availability of a United States Magistrate Judge to Exercise Jurisdiction in the above-referenced case to defendant Diros Technology, Inc.

      Enclosed herewith is a declaration of counsel to plaintiff attesting to the fact that we have researched service of process in the Canada and, to the best of our knowledge, service by mail is not a prohibited means of service in that country. Also enclosed is a pre-addressed Federal Express envelope for service on defendant Diros Technology, Inc.

      Of course, should you have any questions or concerns regarding the foregoing request, counsel are available at the Court's convenience. We appreciate your time and attention to this matter.

                                          Respectfully,

                                          */s/ Christine D. Haynes*

                                          Christine D. Haynes (#4697)

Enclosures