IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRATUS MEDICAL, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AVANOS MEDICAL, INC., and DIROS TECHNOLOGY, INC.,<br><br>    Defendants. | C.A. No. 25-0546-CFC<br><br>**Jury Trial Demanded** |

## DECLARATION OF CHRISTINE D. HAYNES

CHRISTINE D. HAYNES, being duly sworn, deposes and says:

1. I am an attorney with the firm of Richards, Layton & Finger, P.A., which represents Stratus Medical, LLC in the above-captioned action.

2. Defendant Diros Technology, Inc. ("Diros") is a foreign entity whose principal place of business is located in Canada.

3. Service upon Diros will be made pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii) and 4(h)(2) by sending a copy of the Complaint and Summons to this defendant via Federal Express International Priority Express.

4. I have researched the issue of service by mail in Canada and declare under penalty of perjury that, to the best of my knowledge, service of process by registered mail is not a prohibited means of service in Canada.

<i>/s/ Christine D. Haynes</i><br>
Christine D. Haynes (#4697)

RLF1 33015425v.1