IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Stratus Medical, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 1:25-cv-00546-CFC |
| | ) | |
| Avanos Medical, Inc. et al | ) | |
| | ) | |
| Defendants, | ) | |

### **A F F I D A V I T**

I, Michael Banenas, Deputy Clerk, being first duly sworn, depose and say that pursuant to FED. R. CIV. P. 4(f)(2)(C)(ii), I did send under cover letter, on May 21, 2025, copies of the Summons, Complaint with Exhibits, Plaintiff's 7.1 Disclosure State pursuant to Rule 7.1, Declaration of Christine D. Haynes, Praecipe and United States Magistrate Judge jurisdiction forms by FedEx Express to the following address:

**Diros Technology, Inc.**
**120 Gibson Drive**
**Markham, ON L3R 2Z3**
**Canada**

_____
Michael Banenas
Deputy Clerk

Sworn to and subscribed before me,
this 23rd day of May 2025

_____
Joel Franco Morales
Deputy Clerk