

 **Tracking ID:** 416408694631 



Ready to shop again? Get exclusive deals at your favorite stores. **SHOP NOW**

## Travel history

Sort by: Ascending

**Thursday, 5/22/25**

- **9:17 AM**
  Shipment information sent to FedEx

- **6:12 PM**
  Picked up
  NEW CASTLE, DE

- **6:13 PM**
  Shipment arriving On-Time
  NEW CASTLE, DE

- **7:31 PM**
  Left FedEx origin facility
  NEW CASTLE, DE

- **10:33 PM**
  Arrived at FedEx hub
  MEMPHIS, TN

- **11:59 PM**
  On the way
  MEMPHIS, TN

**Friday, 5/23/25**

- **4:00 AM**
  Departed FedEx hub
  MEMPHIS, TN

- **4:15 AM**
  On the way
  MEMPHIS, TN

- **6:56 AM**
  At destination sort facility
  MISSISSAUGA, ON

- **7:36 AM**
  International shipment release - Import
  MISSISSAUGA, ON

## Shipment facts

              

| | |
|---|---|
| **TRACKING NUMBER** | 416408694631 |
| **SHIP DATE** ⓘ | 5/22/25 |
| **STANDARD TRANSIT** ⓘ | 5/23/25 before 5:00 PM |
| **DELIVERY DATE** ⓘ | 5/23/25 before 5:00 PM |

 Services

| | |
|---|---|
| **SERVICE** | FedEx International Priority |
| **TERMS** | Shipper |
| **SPECIAL HANDLING SECTION** | Deliver Weekday, Adult Signature Required |
| **SIGNATURE SERVICES** ⓘ | Adult Signature Required |

 Package details

| | |
|---|---|
| **WEIGHT** | 1.8 lbs / 0.82 kgs |
| **DIMENSIONS** | 14x12x4 in. |
| **TOTAL PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 1.8 lbs / 0.82 kgs |
| **PACKAGING** | FedEx Pak |

## OUR COMPANY

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

## MORE FROM FEDEX

FedEx Compatible

FedEx Developer Portal

FedEx Logistics



United States

FOLLOW FEDEX     

© FedEx 1995-2025

Site Map   |   Terms of Use   |   Privacy & Security   |   Ad Choices