May 23, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 416408694631

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | A.Atul | **Delivery Location:** | |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | MARKHAM, ON, |
| | | **Delivery date:** | May 23, 2025 12:01 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 416408694631 | **Ship Date:** | May 22, 2025 |
| | | **Weight:** | 1.8 LB/0.82 KG |

**Recipient:**  
MARKHAM, ON, CA,

**Shipper:**  
WILMINGTON, DE, US,

| | |
|---|---|
| **Reference** | 236598 |
| **Purchase Order** | CDH |
| **Invoice** | FEDEX |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx



← Tracking ID: 416408694631   ⋮



**Ready to shop again?**
Get exclusive deals at your favorite stores.    SHOP NOW

## Travel history  ⌃

Sort by: Ascending ⌄

ⓘ This page includes the latest information on your package. Sign up for updates and we'll let you know if anything changes.
🔔 Get updates

**Thursday, 5/22/25**

• 9:17 AM
  Shipment information sent to FedEx

• 6:12 PM
  Picked up
  NEW CASTLE, DE

• 6:13 PM
  Shipment arriving On-Time
  NEW CASTLE, DE

• 7:31 PM
  Left FedEx origin facility
  NEW CASTLE, DE

• 10:33 PM
  Arrived at FedEx hub
  MEMPHIS, TN

• 11:59 PM
  On the way
  MEMPHIS, TN

    

- 4:00 AM
  Departed FedEx hub
  MEMPHIS, TN

- 4:15 AM
  On the way
  MEMPHIS, TN

- 6:56 AM
  At destination sort facility
  MISSISSAUGA, ON

- 7:36 AM
  International shipment release - Import
  MISSISSAUGA, ON

- 9:53 AM
  At local FedEx facility
  SCARBOROUGH, ON

- 10:07 AM
  On FedEx vehicle for delivery
  SCARBOROUGH, ON

- 12:01 PM
  Delivered
  MARKHAM, ON

## Shipment facts

### Shipment overview

| | |
|---|---|
| **TRACKING NUMBER** | 416408694631 |
| **DELIVERED TO** | Shipping/Receiving |
| **SHIP DATE**  | 5/22/25 |
| **STANDARD TRANSIT** | 5/23/25 before 5:00 PM |
| **DELIVERED** | 5/23/25 at 12:01 PM |

 Services

| | |
|---|---|
| **SERVICE** | FedEx International Priority |
| **TERMS** | Shipper |
| **SPECIAL HANDLING SECTION** | Deliver Weekday, Adult Signature Required |
| **SIGNATURE SERVICES** | Adult Signature Required |

 Package details

 

| | |
|---|---|
| DIMENSIONS | 14x12x4 in. |
| TOTAL PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 1.8 lbs / 0.82 kgs |
| PACKAGING | FedEx Pak |

## OUR COMPANY

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

## MORE FROM FEDEX

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

ShopRunner

## LANGUAGE

 United States

**FOLLOW FEDEX** 

© FedEx 1995-2025