OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Randall C. Lohan
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

May 21, 2025

**VIA FEDEX**
**RETURN RECEIPT REQUESTED**

Diros Technology, Inc.
120 Gibson Drive
Markham, ON L3R 2Z3
Canada

RE:   *Stratus Medical, LLC v. Avanos Medical, Inc. et al*
         **Civil Action No. 1:25-cv-00546-CFC**

To Whom It May Concern:

Enclosed please find the Summons, Complaint with exhibits, Patent Report, Plaintiff's 7.1 Disclosure Statement pursuant to Rule 7.1, Declaration of Christine D. Haynes and Praecipe in the above noted case. This service is made pursuant to Federal Rules of Civil Procedure, Rule 4 (f)(2)(C)(ii) and Article 10(a) of the Hague Convention.

Also enclosed are Notice/Consent of Availability forms for Exercise of Jurisdiction by a United States Magistrate Judge.

Sincerely,

Randall C. Lohan
Clerk of Court

/mpb

Enclosures (as stated)