IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRATUS MEDICAL, LLC, | ) |
|               Plaintiff, | ) ) ) C.A. No. 25-546-CFC |
|     v. | ) ) |
| AVANOS MEDICAL, INC., and DIROS TECHNOLOGY, INC., | ) ) ) |
|               Defendants. | ) ) |

## STIPULATED ORDER

WHEREAS, defendant Avanos Medical, Inc. ("Avanos") is a Delaware corporation and defendant Diros Technology, Inc. ("Diros") is a Canadian corporation; and

WHEREAS, Diros has agreed to waive service of process in exchange for a negotiated date upon which both Avanos and Diros must respond to the complaint; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court , that:

1. Diros waives service of process and the defense of insufficiency of service of process, but reserves all other defenses otherwise available to it; and

2. Avanos and Diros shall answer, move, or otherwise respond to the complaint in the above action on or before September 9, 2025.

{02124919;v1 }

| RICHARDS, LAYTON & FINGER, P.A. | ASHBY & GEDDES |
|---|---|
| */s/ Christine D. Haynes* | */s/ Andrew C. Mayo* |
| Frederick L. Cottrell, III (#2555)<br>Christine D. Haynes (#4697)<br>920 N. King St.<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>haynes@rlf.com | Andrew C. Mayo (#5207)<br>Brian A. Biggs (#5591)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>amayo@ashbygeddes.com<br>bbiggs@ashbygeddes.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED, this _____ day of _____, 2025.

_____
Chief Judge