IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRATUS MEDICAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 25-546-CFC |
| v. | ) |
| | ) |
| AVANOS MEDICAL, INC., and DIROS TECHNOLOGY, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Warren Thomas, John W. Harbin, Gregory J. Carlin, and Christopher B. Kelly to represent the defendants in this matter. Pursuant to this Court's Standing Order effective January 1, 2024, the fees for the above-listed attorneys will be submitted to the Clerk's Office upon the filing of this motion.

ASHBY & GEDDES

*/s/ Brian A. Biggs*

Andrew C. Mayo (#5207)
Brian A. Biggs (#5591)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
bbiggs@ashbygeddes.com

Dated: July 11, 2025        *Attorneys for Defendants*

{02124928;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRATUS MEDICAL, LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>AVANOS MEDICAL, INC., and DIROS TECHNOLOGY, INC.,<br><br>            Defendants. | )<br>)<br>)<br>)   C.A. No. 25-546-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This _____ day of _____, 2025, the Court having considered the motion for the admission *pro hac vice* of Warren Thomas, John W. Harbin, Gregory J. Carlin, and Christopher B. Kelly to represent the defendants in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

 

_____
Chief Judge

{02124928;v1 }

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Georgia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

*/s/ Warren Thomas*

Warren Thomas
Meunier Carlin & Curfman IP Law
999 Peachtree Street NE
Suite 1300
Atlanta, GA  30309
(404) 645-7700
wthomas@mcciplaw.com

Dated:  July 11, 2025

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Georgia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

*/s/ John W. Harbin*

John W. Harbin
Meunier Carlin & Curfman IP Law
999 Peachtree Street NE
Suite 1300
Atlanta, GA  30309
(404) 645-7700
jharbin@mcciplaw.com

Dated:  July 11, 2025

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Georgia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

/s/ Gregory J. Carlin
_____
Gregory J. Carlin
Meunier Carlin & Curfman IP Law
999 Peachtree Street NE
Suite 1300
Atlanta, GA  30309
(404) 645-7700
gcarlin@mcciplaw.com

Dated:  July 11, 2025

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Georgia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

*/s/ Christopher B. Kelly*

Christopher B. Kelly
Meunier Carlin & Curfman IP Law
999 Peachtree Street NE
Suite 1300
Atlanta, GA  30309
(404) 645-7700
ckelly@mcciplaw.com

Dated:  July 11, 2025