**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

STRATUS MEDICAL, LLC,

    Plaintiff,

v.

AVANOS MEDICAL, INC., and
DIROS TECHNOLOGY, INC.,

    Defendants.

C.A. No. 25-546-CFC

**JOINT MOTION TO STAY PENDING *INTER PARTES* REVIEW**

Plaintiff Stratus Medical, LLC ("Stratus") and Defendants Avanos Medical, Inc. ("Avanos") and Diros Technology, Inc. ("Diros") (collectively, "Defendants") jointly move to stay all proceedings in this action until final disposition of all *inter partes* review ("IPR") proceedings relating to United States Patent Nos. 10,925,664 ("the '664 Patent"); 10,966,782 ("the '782 Patent"); and 10,736,688 ("the '688 Patent") (collectively, "the Patents-in-Suit").

On July 26, 2024, Avanos filed IPR petitions challenging the patentability of all three of the Patents-in-Suit – IPR2024-01209 (the '782 Patent), IPR2024-01210 and IPR2024-01211 (the '688 Patent), and IPR2024-01212 (the '664 Patent) – with each petition identifying Diros as "a wholly owned subsidiary" of Avanos. The

1

Patent Trial and Appeals Board ("PTAB") instituted trial on each of Avanos'

petitions on February 6, 2025.

On May 2, 2025, Stratus filed the above-captioned action against Defendants,

bringing claims for infringement of the Patents-in-Suit against both Avanos and

Diros. D.I. 1. No other patents are asserted in Stratus' Complaint. *See id.* Thus, all

of the patents asserted in the above-captioned action are the subject of proceedings

before the PTAB in the foregoing IPR proceedings.

In view of the co-pending IPR proceedings involving all Patents-in-Suit, the

parties have conferred and agreed that a stay of the above-captioned action is

appropriate. This action is in its early stages, and a stay will simplify the issues in

question for trial. *Bonutti Skeletal Innovations, L.L.C. v. Zimmer Holdings, Inc.*, No.

12-cv-1107(GMS), 2014 U.S. Dist. LEXIS 47430, at *7 (D. Del. Apr. 7, 2014).

Moreover, a stay will not unduly prejudice any party to this matter, particularly

because the parties agree that Diros hereby stipulates that it will be bound by the

outcome of the IPRs to the same extent Avanos is bound and will be estopped from

asserting that any claim of the Patents-in-Suit are invalid on any ground raised or

that reasonably could have been raised during the IPRs under 35 U.S.C. § 315(e)(2).

*See Wildcat Licensing WI LLC v. Bayerische Motoren Werke AG*, No. 19-834-MN-

JLH, 2020 U.S. Dist. LEXIS 220935, at *7 (D. Del. Nov. 25, 2020) (finding no

prejudice to plaintiff where "[a]ll of the defendants are subject to statutory

estoppel"). The parties further agree that they will notify the Court within fourteen (14) days of a resolution of the last of the IPR proceedings of the date and nature of any such resolutions and their respective positions regarding continuing the stay pending resolution of any appeal(s).

Accordingly, the parties respectfully and jointly request that the Court stay the above-captioned action pending resolution of IPR2024-01209, IPR2024-01210, IPR2024-01211, and IPR2024-01212.

| | |
|---|---|
| */s/ Christine D. Haynes* | */s/ Brian A. Biggs* |
| Frederick L. Cottrell, III (#2555) | Andrew C. Mayo (#5207) |
| Christine D. Haynes (#4697) | Brian A. Biggs (#5591) |
| RICHARDS, LAYTON & FINGER, P.A. | ASHBY & GEDDES |
| 920 N. King St. | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 651-7700 | (302) 654-1888 |
| cottrell@rlf.com | amayo@ashbygeddes.com |
| haynes@rlf.com | bbiggs@ashbygeddes.com |
| | |
| ***Counsel for Plaintiff*** | ***Counsel for Defendants*** |
| ***Stratus Medical, LLC*** | ***Avanos Medical, Inc. and*** |
| | ***Diros Technology, Inc.*** |

3