IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRATUS MEDICAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 25-546-CFC |
| v. | ) |
| | ) |
| AVANOS MEDICAL, INC., and DIROS TECHNOLOGY, INC., | ) |
| | ) |
| Defendants. | ) |

**<u>DEFENDANTS' CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Defendants Avanos Medical, Inc. and Diros Technology, Inc. hereby state that Avanos Medical, Inc., is a publicly traded company and does not have a parent company. Vanguard Group, Inc. and Blackrock, Inc. each own 10% or more of Avanos Medical, Inc.'s stock. Diros Technology, Inc. is a wholly-owned subsidiary of Avent, Inc., which is a wholly-owned subsidiary of Avanos Medical, Inc.

ASHBY & GEDDES

*Of Counsel:*

/s/ Brian A. Biggs

Warren Thomas
John W. Harbin
Gregory J. Carlin
Christopher B. Kelly
Meunier Carlin Curfman
999 Peachtree Street NE, Suite 1300
Atlanta, GA 30309
(404) 645-7700
wthomas@mcciplaw.com
jharbin@mcciplaw.com
gcarlin@mcciplaw.com
ckelly@mcciplaw.com

Andrew C. Mayo (#5207)
Brian A. Biggs (#5591)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
bbiggs@ashbygeddes.com

*Attorneys for Defendants*

Dated: July 11, 2025